# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Harris                    Lateesha                         L
          Last Name              First                        Middle

HOME ADDRESS   P.O. Box 212

      Unionville        Ny          10988
       City            State        Zip Code

SIGNATURE   /s/ [Signed by: 514745A059C9476...]

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME __Harmon_____ __Shaquana_____ __L_____
           Last Name                               First                          Middle

HOME ADDRESS __117 E 86th St_____
__Brooklyn_____ __NY__ __11236__ apt 3F
      City           State      Zip Code

SIGNATURE __Shaquana Harmon_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Mckoy                    Laron                         D
        Last Name                First                         Middle

HOME ADDRESS    10 Keeler Street

            Huntington        NY           11743
            City              State        Zip Code

SIGNATURE   *Signed by:* [signature]
            B93738363394472...