IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATEESHA HARRIS, *et al.*,<br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br>　　　　　　　　　Defendant. | Case No. 1:25-cv-02061 |

## NOTICE OF FILING CONSENT TO JOIN FORMS

　　Plaintiffs, by and through counsel, hereby file Consent to Join forms on behalf of the following individuals:

1. DARAKA BROWN
   83 HIGHLAND PL
   BROOKLYN, NY 11208
   KINGS COUNTY

2. FELLECIA BROWN
   415 HIGHLAND AVENUE
   MOUNT VERNON, NY 10553
   WESTCHESTER COUNTY

3. JEROME BROWN
   118 HERZL STREET
   BROOKLYN, NY 11212
   KINGS COUNTY

4. JOSHUA BROWN
   117 RIDGE ROAD
   VALLEY COTTAGE, NY 10989
   ROCKLAND COUNTY

5. SHERYL BROWN
   636 MIDDLE COUNTRY RF
   RIDGE, NY 11961
   SUFFOLK COUNTY

6. TALISHA BROWN
   34 HUNTINGDALE WAY
   MIDDLE ISLAND, NY 11953
   SUFFOLK COUNTY

7. TRALANE BROWN
   9 MID OAKS ROAD
   MONROE, NY 10950
   ORANGE COUNTY

8. TYRECE BROWN
   103 WOODLAKE DR
   MIDDLETOWN, NY 10940
   ORANGE COUNTY

9. KYANNA BROWNE
   30 PENNAQUID RD
   CORAM, NY 11727
   SUFFOLK COUNTY

10. SHERLY BRUNACHE
    377 MONTGOMERY ST
    BROOKLYN, NY 11225
    KINGS COUNTY

11. KEVIN BRYANT
    928 CATSKILL AVE
    LINDENHURST, NY 11757
    SUFFOLK COUNTY

12. SAKEENA BRYANT
    928 CATSKILL AVENUE
    LINDENHURST, NY 11757
    SUFFOLK COUNTY

13. JOHNATHAN BUCKLEY
    450 100 STREET
    BROOKLYN, NY 11209
    KINGS COUNTY

14. KHAMWATI BUDHAI
    107-45 LEFFERTS BLVD
    SOUTH RICHMOND NY, NY 11419
    QUEENS COUNTY

15. MARITZA BURGOS
    36 ECHO AVENUE #3A
    NEW ROCHELLE, NY 10801
    WESTCHESTER COUNTY

16. ROBERT BURKE
    3105 BLUFFS DRIVE SOUTH
    CALVERTON, NY 11933
    SUFFOLK COUNTY

17. TONI BURRUS-KINNES
    100 ASCH LOOP APT 25G
    BRONX, NY 10475
    BRONX COUNTY

18. NIKKI BURTON
    321 PENNSYLVANIA AVE
    ROOSEVELT, NY 11575
    NASSAU COUNTY

19. NAKEYA BUSHELL
    136-16 222ND STREET APT 2A
    QUEENS, NY 11413
    QUEENS COUNTY

20. TYRONE BUSSEY
    675 LINCOLN AVE
    BROOKLYN, NY 11208
    KINGS COUNTY

21. DAWIS BUTEAU
    55 WINDING WOODS LOOP
    SI, NY 10307
    RICHMOND COUNTY

22. WILLENE BYNUM
    61 PARKWAY AVE
    AMITYVILLE, NY 11701
    SUFFOLK COUNTY

23. BRANDON BYRD
    2116 MURRAY HILL STREET
    ELMONT, NY 11003
    NASSAU COUNTY

24. BRANDON CABRERA
    1579 METROPOLITAN AVE
    BRONX, NY 10462
    BRONX COUNTY

25. ANGELIQUE CAESAR-SPOONER
    23 ESPIE LANE
    NORTH BABYLON, NY 11703
    SUFFOLK COUNTY

The Consent to Join forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: March 26, 2025                    Respectfully submitted,

                                         */s/ Sarah M. Block*
                                         Sarah M. Block
                                         Gregory K. McGillivary *(Pro Hac Vice Forthcoming)*
                                         Molly A. Elkin *(Pro Hac Vice Forthcoming)*
                                         John W. Stewart *(Pro Hac Vice Forthcoming)*
                                         McGILLIVARY STEELE ELKIN LLP
                                         1101 Vermont Ave., N.W.
                                         Suite 1000
                                         Washington, DC 20005
                                         Phone: (202) 833-8855
                                         smb@mselaborlaw.com
                                         gkm@mselaborlaw.com
                                         mae@mselaborlaw.com
                                         jws@mselaborlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

*/s/ Sarah M. Block*
Sarah M. Block
