**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

LATEESHA HARRIS, *et al.*,
Plaintiffs,

v.

CITY OF NEW YORK,

Defendant.

Case No. 1:25-cv-02061

**NOTICE OF FILING CONSENT TO JOIN FORMS**

Plaintiffs, by and through counsel, hereby file Consent to Join forms on behalf of the following individuals:

1. TIMOTHY CHEESEMAN
   26 GRAND AVENUE
   LINDENHURST, NY 11757
   SUFFOLK COUNTY

2. CHRISTOPHER CHEN
   133 NORTH 21ST STREET
   WYANDANCH, NY 11798
   SUFFOLK COUNTY

3. SAMUEL CHERON
   27 SANDRA LANE
   MONROE, NY 10950
   ORANGE COUNTY

4. GRAIG CHERRY
   21 LYNDSEY LANE
   MIDDLETOWN, NY 10940
   ORANGE COUNTY

5. GABRIEL CHERY
   16 HELEN CT
   SPRING VALLEY, NY 10977
   ROCKLAND COUNTY

6. DAVID CHESTNUT
503 HENDRIX
BROOKLYN, NY 11207
KINGS COUNTY

7. EDWIN CHIN
1332 EAST 99TH STREET
BROOKLYN, NY 11236
KINGS COUNTY

8. BETTSYANN CHINA
66 JEFFERSON STREET
BROOKLYN, NY 11206
KINGS COUNTY

9. HAIDER CHOWDHURY
175-21 88TH AVENUE APT.2B
JAMAICA ,QUEENS, NY 11432
QUEENS COUNTY

10. PALASH CHOWDHURY
285 W 6TH STREET
DEER PARK, NY 11729
SUFFOLK COUNTY

11. ROBERT CHRISTIE
116 E YELLOW LOIS DR
HAMPSTEAD, NC 28443
PENDER COUNTY

12. CHRISTOPHER CHU
1138 HAVEMEYER AVE
BRONX, NY 10462
BRONX COUNTY

13. ANTHONY CHUKWUKA
53 HUBER PL
YONKERS, NY 10704
WESTCHESTER COUNTY

14. KENISHA CICCOTELLI
177 WHITE PLAINS RD 46B
TARRYTOWN, NY 10591
WESTCHESTER COUNTY

15. MICHAEL CIRIELLO
    32 MALDEN AVE
    LYNBROOK, NY 11563
    NASSAU COUNTY

16. ARNITA CLARK
    114-68 207TH STREET
    CAMBRIA HEIGHTS, NY 11411
    QUEENS COUNTY

17. JESSE CLARK
    1240 MORRISON AVE #3G
    BRONX, NY 10472
    BRONX COUNTY

18. ERIC CLARKE
    223 FRANKLIN AVENUE
    MOUNT VERNON, NY 10550
    WESTCHESTER COUNTY

19. EDGARDO CLAUDIO
    320CORNELIA ST
    BROOKLYN, NY 11237
    KINGS COUNTY

20. SEAN CLINTON
    20 FENDALE STREET
    FRANKLIN SQUARE, NY 11010
    NASSAU COUNTY

21. NAIM COAKLEY
    637 BEACH 64TH STREET
    ARVERNE, NY 11692
    QUEENS COUNTY

22. NAKEIA COAKLEY
    107 LAKE DRIVE
    WYANDANCH, NY 11798
    SUFFOLK COUNTY

23. TODD COFFEY
    22301 104TH AVENUE
    QUEENS VILLAGE, NY 11429
    QUEENS COUNTY

24. REGINA COLEMAN
150 SUMPTER ST
BROOKLYN, NY 11234
KINGS COUNTY

25. LEANDRO COLLADO
44 KINGSLEY DRIVE
YONKERS, NY 10710
WESTCHESTER COUNTY

The Consent to Join forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: March 27, 2025

Respectfully submitted,

*/s/ Sarah M. Block*
Sarah M. Block
Gregory K. McGillivary *(Pro Hac Vice Forthcoming)*
Molly A. Elkin *(Pro Hac Vice Forthcoming)*
John W. Stewart *(Pro Hac Vice Forthcoming)*
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
smb@mselaborlaw.com
gkm@mselaborlaw.com
mae@mselaborlaw.com
jws@mselaborlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

*/s/ Sarah M. Block*
Sarah M. Block