**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LATEESHA HARRIS, *et al.*,<br>                              Plaintiffs,<br><br> v.<br><br>CITY OF NEW YORK,<br><br>                              Defendant. | Case No. 1:25-cv-02061 |

**NOTICE OF FILING CONSENT TO JOIN FORMS**

Plaintiffs, by and through counsel, hereby file Consent to Join forms on behalf of the

following individuals:

1. NATHANIEL HARVEY
   532 CHESTER ST
   BROOKLYN, NY 11212
   KINGS COUNTY

2. KORAB HASANGJEKAJ
   208 N RAILROAD ST
   STATEN ISLAND, NY 10312
   RICHMOND COUNTY

3. KENEEDRA HATCHETT
   26-02 4TH STREET APT 4K
   ASTORIA, NY 11102
   QUEENS COUNTY

4. SANDRA HATCHETT
   130 VANDALIA AVE APT13H
   BROOKLYN, NY 11239
   KINGS COUNTY

5. CHRISTOPHER HAWKINS
   102-14 93RD AVENUE
   RICHMOND HILL, NY 11418
   QUEENS COUNTY

6. TARIK HAWKINS
   50 NEPPERHAN ST
   YONKERS, NY 10701
   WESTCHESTER COUNTY

7. SHAMALE HAYES
   135 FREDERICK AVE.
   ROOSEVELT, NY 11576
   NASSAU COUNTY

8. NUBIA HAYNES
   193 JEFFERSON AVE
   BROOKLYN, NY 11216
   KINGS COUNTY

9. DAVID HAYNIE
   122-05 161ST PLACE
   JAMAICA, NY 11434
   QUEENS COUNTY

10. JEREMIAH HAZE
    1448 NEPPERHAN AVE
    YONKERS, NY 10703
    WESTCHESTER COUNTY

11. ZACHARY HENRIQUEZ
    756 DELAFIELD AVE
    STATEN ISLAND, NY 10310
    RICHMOND COUNTY

12. ALASON HENRY
    156-17 79TH
    HOWARD BEACH, NY 11414
    QUEENS COUNTY

13. EMIEL HENRY
    203 GENUNG ST APT 507
    MIDDLETOWN, NY 10940
    ORANGE COUNTY

14. JACQUELINE HENRY
    15 MAROBI COURT
    WEST BABYLON, NY 11704
    SUFFOLK COUNTY

15. KERVIN HENRY
    17 AUDOBON STREET.
    MEDFORD, NY 11763
    SUFFOLK COUNTY

16. MARGARET HENRY
    536 EAST 87TH ST APT 3
    BROOKLYN, NY 11236
    KINGS COUNTY

17. MARLENE HENRY
    42 WHITTIER STREET
    LYNBROOK, NY 11563
    NASSAU COUNTY

18. MICOY HENRY
    1066 E 98TH STREET
    BROOKLYN, NY 11236
    KINGS COUNTY

19. LATASHA HEREDIA FLORES
    22 SPLIT TREE DRIVE
    NEW WINDSOR, NY 12553
    ORANGE COUNTY

20. JEANETTE HERNANDEZ
    163 GARDNERVILLE RD
    NEW HAMPTON, NY 10958
    ORANGE COUNTY

21. JOEL HERNANDEZ
    517 E 144TH STREET
    BRONX, NY 10454
    BRONX COUNTY

22. LEON HEWITT
    2 RUSSELL CT
    COPIAGUE, NY 11726
    SUFFOLK COUNTY

23. ROBERT HEYWARD
    495 E 158 STREET, APT 5H
    BRONX, NY 10451
    BRONX COUNTY

3

24. LATASHA HICKS
    163-17 130TH AVE APT 1B
    JAMAICA, NY 11434
    QUEENS COUNTY

25. ANTOINE HIGH
    252 GRAFTON ST
    BROOKLYN, NY 11212
    KINGS COUNTY


The Consent to Join forms for the above-named opt-in Plaintiffs are attached hereto as

Exhibit A.


Dated: March 28, 2025                    Respectfully submitted,

                                         */s/ Sarah M. Block*
                                         Sarah M. Block
                                         Gregory K. McGillivary *(Pro Hac Vice Forthcoming)*
                                         Molly A. Elkin *(Pro Hac Vice Forthcoming)*
                                         John W. Stewart *(Pro Hac Vice Forthcoming)*
                                         McGILLIVARY STEELE ELKIN LLP
                                         1101 Vermont Ave., N.W.
                                         Suite 1000
                                         Washington, DC 20005
                                         Phone: (202) 833-8855
                                         smb@mselaborlaw.com
                                         gkm@mselaborlaw.com
                                         mae@mselaborlaw.com
                                         jws@mselaborlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

<u>/s/ Sarah M. Block</u>
Sarah M. Block