IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATEESHA HARRIS, *et al.*,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK,<br>　　　　　　　　Defendant. | Case No. 1:25-cv-02061 |

**NOTICE OF FILING CONSENT TO JOIN FORMS**

　　Plaintiffs, by and through counsel, hereby file Consent to Join forms on behalf of the following individuals:

1. SHANELL TURNER
2. SYDELL TYSON
3. MOHAMMAD ULLAH
4. MARLENE URBAEZ
5. YANELYS URENA
6. RAUL VALLES
7. RAHSAAN VANDEMARK
8. HELENE VANTERPOOL
9. CHRISTIAN VARGAS
10. SHALYN VEAL
11. DAVID VELEZ
12. DESIREE VELEZ
13. JEFFREY VENTURA
14. LOUIS VERDINO
15. SHADE VINCENT
16. CIRO VISCARDI
17. LOOCKEN VIXAMA
18. ONESHA WALDRON
19. BENJAMIN WALKER
20. DONTAE WALKER
21. LA-KIESHA WAMER
22. ERROL WARNER
23. DALE WARWICK
24. KIMWAHN WASHINGTON
25. MARLON WASHINGTON

The Consent to Join forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: April 17, 2025          Respectfully submitted,

*/s/ Gregory K. McGillivary*
Gregory K. McGillivary *(Admitted Pro Hac Vice)*
Molly A. Elkin *(Admitted Pro Hac Vice)*
John W. Stewart *(Admitted Pro Hac Vice)*
Sarah M. Block
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
gkm@mselaborlaw.com
mae@mselaborlaw.com
jws@mselaborlaw.com
smb@mselaborlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

*/s/ Gregory K. McGillivary*
Gregory K. McGillivary
