# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Turner                          Shanell                        J
           Last Name                    First                        Middle

SIGNATURE
Signed by:
1BEE326B8B5541B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ____Tyson_____Sydell_____Deidre_____
            Last Name                        First                                    Middle

SIGNATURE ____[signature: Signed by: 0EA50BA6B48E495...]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Ullah                         Mohammad                      Aman
_____
         Last Name                    First                         Middle

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  <u>Urbaez</u>                <u>Marlene</u>                        <u>N/A</u>
              Last Name                    First                              Middle


SIGNATURE   Signed by:
            MARLENE URBAEZ
            C90795F5BB7444B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Urena_____Yanelys_____Elena_____
           Last Name                    First                          Middle

SIGNATURE ___[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Valles             Raul             Antonio
              Last Name           First          Middle

SIGNATURE    *Signed by:* Raul Valles
            B7F490BEA929435...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     VanDemark           Rahsaan                 Scott
                 Last Name                  First                    Middle

SIGNATURE      Signed by:
                      3E2ECB99FEE445F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  <u>Vanterpool</u>          <u>Helene</u>                    <u>Denise</u>
           Last Name                    First                            Middle

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Vargas_____Christian_____None_____
                Last Name                          First                                    Middle

SIGNATURE   Signed by:

958E6768138C4D9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Veal             Shalyn             R

                Last Name             First             Middle

SIGNATURE      Signed by:
             _Shalyn V._
             2789298E2424400...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Velez                          David                              None
            Last Name                      First                              Middle

SIGNATURE    Signed by:
                    David Velez
                    E5DF677CAA984AE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    VELEZ              DESIREE              KELLY

             Last Name              First              Middle

SIGNATURE     *Signed by:*
          *Desiree K Velez*
          96EFA41658EB407...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Ventura                     Jeffrey                          Martin
         Last Name                  First                            Middle

SIGNATURE    Signed by:
             987DE165F9E84CB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Verdino                    Louis                                    N/A
　　　　　　Last Name　　　　　　　　　First　　　　　　　　　　　　Middle

SIGNATURE    _Signed by:_ [signature] C54C6781276641E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Vincent                         Shade                              Afisha
              Last Name                      First                              Middle


SIGNATURE _____ Signed by:
                          BBAA87343AAB4BE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Viscardi Ciro Daniel
 Last Name First Middle

SIGNATURE

Signed by:
B7E416CAF07E44D...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Vixama                    Loocken                         Love
                Last Name                      First                              Middle

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  <u>Waldron                           Onesha                              Nataki</u>
             Last Name                        First                                Middle

SIGNATURE  Signed by:

*[signature]*
BE7FA55208A84EE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Walker jr_____Benjamin_____Franklin_____
              Last Name                           First                                        Middle

SIGNATURE ___[signature]_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Walker _____ Dontae _____ Irving _____
         Last Name              First                    Middle

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Wamer_____La-Kiesha_____D_____
              Last Name                        First                              Middle

SIGNATURE ___*[signature]*_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Warner                    Errol                              Darnel
_____
           Last Name                  First                              Middle

SIGNATURE



Signed by:
15D0EFC22E3D451...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Warwick                          Dale                                    David
        _____
               Last Name                        First                                Middle




SIGNATURE    Signed by:
             _____
             2B60F43A35EE441...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Washington          Kimwahn          Ivy
                Last Name             First             Middle

SIGNATURE    Signed by:

51991BE62CDA46F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – CORRECTION OFFICERS**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Washington                 Marlon                           Alric
            Last Name                  First                            Middle

SIGNATURE   Signed by:
            *Marlon Washington*
            F9D4CE9FEC95444...