MCGILLIVARY STEELE ELKIN LLP
Corporate Service

# UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK

## AFFIRMATION OF SERVICE



Index no : **1:25-CV-02061**
Date of Purchase: **03/12/2025**

| Plaintiff: | **LATEESHA HARRIS ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK** |

STATE OF NEW YORK COUNTY OF NEW YORK          ss.:

**KYLE FRIEDLAND**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **03/20/2025** at **3:38 PM**, I served the within **SUMMONS AND COMPLAINT; CIVIL COVER SHEET** on **CITY OF NEW YORK** a domestic corporation (one of) the **Defendant** at **100 CHURCH STREET, NEW YORK, NY 10007** in the manner indicated below:

By delivering to and leaving personally with **A. Goebler**, **GENERAL AGENT** a true copy of each thereof.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Perceived gender | Perceived race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | WHITE | BROWN | 40-45 | 5'10" | 170 |
| Other Features: **Glasses** | | | | | |

I affirm this 24th day of March, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

The Deponent inquired if the individual was authorized to accept service and received an affirmative response.

X _____
KYLE FRIEDLAND
License#: 2122407
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Cindy



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: