UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

LATEESHA HARRIS, ET AL.,

              Plaintiffs,        25-cv-2061 (JGK)

    - against -               ORDER

CITY OF NEW YORK,

              Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **June 28, 2025.**

SO ORDERED.

Dated:    New York, New York
           June 10, 2025

                                             /s/ John G. Koeltl
                                             John G. Koeltl
                                        United States District Judge