UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LATEESHA HARRIS, et al.,
                    Plaintiff(s)

        -against-

CITY OF NEW YORK.,
                    Defendant(s).
-------------------------------------------------------------X

25 civ 2061 (JGK)

## ORDER

The conference scheduled for Thursday, July 3, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

                                                     **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 25, 2025