```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

LATEESHA HARRIS, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK,

        Defendant.

```
-----------------------------------------------------------------X
-----------------------------------------------------------------X
```

NAHEIM STOKES, et al.,

        Plaintiffs,

-against-

CITY OF NEW YORK,

        Defendant.

```
-----------------------------------------------------------------X
```

25-CV-2061 (JGK)(SN)

**<u>ORDER</u>**

25-CV-2408 (JGK)(SN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2025

**SARAH NETBURN, United States Magistrate Judge:**

    The Honorable John G. Koeltl assigned these matters to my docket for settlement. Due to the Court's schedule, the earliest settlement conference that can be scheduled begins in September 2025. The parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates for a settlement conference.

The parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 7, 2025
           New York, New York