USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**LATEESHA HARRIS, et al.,**

**Plaintiffs,**

**-against-**

**CITY OF NEW YORK,**

**Defendant.**

----------------------------------------------------------------X

**25-CV-02061 (SN)**

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on October 16, 2026, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 232. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice. The Court will retain jurisdiction over the Parties to the Agreement for the purpose of interpretation and compliance with the Agreement and Agreed Order of Dismissal with Prejudice.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 21, 2026
New York, New York