USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

**LATEESHA HARRIS, et al.,**

**Plaintiffs,**

**-against-**

**CITY OF NEW YORK,**

**Defendant.**

----------------------------------------------------------------X

**25-CV-02061 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court has received correspondence from a city employee who believes he was wrongly excluded from the settlement list. The Court is providing this correspondence to Plaintiffs' counsel under separate cover.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 24, 2026
New York, New York